IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun Smith,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Payson Concrete and Materials, Inc., an Arizona corporation, Tony and Jane Doe McDaniel, husband and wife, Merlin Kampfer, M.D. and Jane Doe Kampfer, husband and wife, US Compliance Consortium, Inc., an Arizona corporation,<br><br>　　　　　　Defendants. | No. CV-16-00429-PHX-NVW<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 58), and good cause appearing,

　　　　IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 58).

　　　　IT IS FURTHER ORDERED dismissing this case with prejudice as to all claims and all defendants, with each side to bear their own attorneys' fees and costs.

　　　　Dated this 12th day of January, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　Senior United States District Judge